LAW OFFICES

DOUGLAS L. CAPDEVILLE, P.C.

2107 COMPANY STREET, CHRISTIANSTED, LOT #4
ST. CROIX, U.S. VIRGIN ISLANDS 00820-4918
TEL. (340) 773-7275
FAX: (340) 773-7996
Web site: www.capdevillelaw.com
E-Mail: videfense@capdevillelaw.com

DOUGLAS L. CAPDEVILLE

CHETEMA LUCAS FRANCIS

REPLY TO:
P.O. BOX 224191
CHRISTIANSTED, ST. CROIX
U.S. VIRGIN ISLANDS 00822

April 30, 2007

**VIA HAND DELIVERY**
Lee J. Rohn, Esq.
Law Offices of Rohn & Cameron, LLC
1101 King Street, Suite 2
Christiansted, St. Croix 00820

RE: *Kendricks v. Hertz Corp.*
Civil No.: 2005/0164
My File No.: 1075-05

Dear Attorney Rohn:

Hertz is able to make the vehicle at issue in the above referenced lawsuit available for inspection on either May 9 -11, 2007, or the weeks of May 14th and 21st 2007. The vehicle is being held in Rhode Island. Please advise as to what exact date your expert chooses to inspect the vehicle as it is Hertz's policy for its expert, in this case John Zamparo, to also be present during the inspection.

In addition, while it is Hertz's normal practice to have the vehicle manufacturer's expert at the inspection also, Hertz has not been able to secure this with Chevrolet at this time. Hertz is nevertheless still attempting to coordinate this effort. As such, you are hereby being placed on notice that a representative from the vehicle manufacturer may also be present.

Also, be advised that no destructive testing will be permitted.

Cordially,

Chetema Lucas Francis