**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| DAVID KENDRICKS | ) | CIVIL NO. 2005/0164 |
| | ) | |
| Plaintiff, | ) | ACTION FOR DAMAGES |
| vs. | ) | |
| | ) | |
| THE HERTZ CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**ANSWER TO FIRST AMENDED COMPLAINT**

Defendant, **THE HERTZ CORPORATION**, by and through undersigned counsel, answering Plaintiff's Complaint, as to each numbered paragraph thereof, alleges as follows:

1. Denied.
2. Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 2 of the Complaint.
3. Denied as stated. Defendant only rents cars in the United States mainland and its principal place of business is in New Jersey.
4. Admitted.
5. Denied.
6. Denied.
7. Denied.
8. Denied.
9. Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 9 of the Complaint. However, to the extent that any of the allegations of this paragraph infer any negligence of Defendant, they are Denied.

10. Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 10 of the Complaint. However, to the extent that any of the allegations of this paragraph infer any negligence of Defendant, they are Denied.

11. Defendant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 11 of the Complaint.

12. Admitted.

13. Denied.

14. Denied as stated.

15. Denied as stated.

16. Denied.

**Count I**

17. Defendant restates its previous responses.

18. Denied.

19. Denied.

**Count II**

20. Defendant restates its previous responses.

21. Denied.

22. Denied.

**Count III**

23. Defendant restates its previous responses.

24. Denied.

25. Denied.

**Count IV**

26. Defendant restates its previous responses.

27. Denied.

28. Denied.

29. Denied.

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff's claims are subject to the defense of improper venue and inconvenient forum.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff's injuries, if any, were the sole proximate result of Plaintiff David Kendrick's own negligence which is to such a degree as to bar or diminish any recovery.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff's injuries, if any, were caused by Plaintiff David Kendrick's voluntary encountering of an open and obvious condition.

**FORTH AFFIRMATIVE DEFENSE**

Plaintiff's injuries, if any, were caused by Plaintiff David Kendrick's voluntary encountering of a known or obvious danger.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiff's injuries, if any, to the extent not solely attributable to the Plaintiff were the result of acts or omissions of third parties over whom Defendant had no control.

**SIXTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred by the defenses of license, privilege and consent.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiff’s claims are barred by the defense of truth.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's injuries, if any, were caused by intervening and superseding factors and events not the responsibility of Defendant.

## NINTH AFFIRMATIVE DEFENSE

Defendant specifically reserves the right to amend the Answer at any time prior to, during or after trial to assert any affirmative defense that is established by the evidence.

**WHEREFORE**, Defendant prays that judgment be entered dismissing the First Amended Complaint with an award for such costs and attorneys' fees as are incurred in the defense of this action.

Respectfully submitted,
LAW OFFICES OF DOUGLAS CAPDEVILLE, P.C.

DATED: June 22, 2007

/s/ *Chetema Lucas Francis*

**CHETEMA LUCAS FRANCIS, ESQUIRE**
*Attorneys for Defendant Hertz Corporation*
P.O. Box 224191
Christiansted, St. Croix
U.S. Virgin Islands 00822
(340) 773-7275

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of June 2007, I electronically filed the foregoing **Answer to First Amended Complaint** with the Clerk of Court pursuant to LRCi 5.4.9 and the following attorney is a registered user of the CM/ECF system and received e-mail notice: Lee J. Rohn, Esq. at lee@rohnlaw.com