# DISCTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | | |
|---|---|---|
| DAVID KENDRICKS, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL NO. 2005/0164 |
| THE HERTZ CORPORATION, | ) | |
| Defendant. | ) | |

'06 OCT 30 PM 2:23

## ORDER

THIS MATTER COMES before the Court on Plaintiff's Appeal From Magistrate's Order Dated May 17, 2006 Transferring the Case to the District Court of Rhode Island (Docket No. 35). For the reasons stated in the accompanying memorandum, it is hereby

**ORDERED** that Plaintiff's Appeal is **GRANTED** and the Magistrate Judge's Order dated May 17, 2006 is set aside.

**IT IS FURTHER ORDERED** that Defendant shall be allowed to renew his motion to transfer within a time to be specified by the Magistrate Judge.

**ENTER:**

**DATED:** October 30, 2006

RAYMOND L. FINCH
DISTRICT COURT JUDGE

**ATTEST:**
Wilfredo F. Morales
Clerk of the Court

**By:** 
**Deputy Clerk**

cc: George W. Cannon, Jr., Magistrate Judge
Lee J. Rohn, Esq.
Chetema Lucas Francis, Esq.

EXHIBIT