**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

DAVID KENDRICKS,

Plaintiff,

vs.

THE HERTZ CORPORATION,

Defendant.

CIVIL NO. 2005/164 F/C

**ACTION FOR DAMAGES**

JURY TRIAL DEMANDED

**NOTICE OF PRODUCTION**

**COMES NOW** Plaintiff David Kendricks, by and through his undersigned counsel, and gives notice of producing the following pursuant to Rule 26:

1. Laser copies of eighty-three (83) color photographs taken by Randall M. Zulaki of CED Accident Analysis Inc. during the vehicle inspection on May 22, 2007 (**Bates Nos. DK 00228 – DK 00274**).

Respectfully Submitted,

LAW OFFICES OF ROHN AND CAMERON, LLC
Attorneys for Plaintiff

DATED: July 25, 2007

BY: s/Lee J. Rohn
Lee J. Rohn, Esq.
1101 King Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 778-8855
Fax: (340) 773-2954

**LAW OFFICES OF**
**Rohn &**
**Cameron, LLC**
1101 King Street
Christiansted
VI 00820-4933
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on July 26, 2007, I electronically filed the foregoing **NOTICE OF PRODUCTION** with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Chetema Lucas Francis, Esquire
Law Offices of Douglas Capdeville, P.C.
2107 Company Street
St. Croix, VI 00820
*Attorney for Hertz Corporation*

I further certify that I have caused the document with attachments to be hand delivered to the foregoing attorney(s).

BY: s/Mary Chatham___________________