**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| DAVID KENDRICKS,<br><br>Plaintiff,<br><br>vs.<br><br>THE HERTZ CORPORATION,<br><br>Defendant. | ) | CIVIL NO. 2005/164 F/C<br><br>**ACTION FOR DAMAGES**<br><br>JURY TRIAL DEMANDED |

**NOTICE OF SERVICE OF PLAINTIFF DAVID KENDRICKS' SUPPLEMENTAL VOLUNTARY DISCLOSURE PURSUANT TO RULE 26**

**PLEASE TAKE NOTICE** that Plaintiff**, DAVID KENDRICKS**, has filed his Supplemental Voluntary Disclosure Pursuant to Rule 26 through his undersigned counsel of record, and that said Disclosures were served upon the Defendant in the original.

This notice is being given pursuant to Local Rule 26.1.

RESPECTFULLY SUBMITTED
LAW OFFICES OF ROHN AND CAMERON, LLC
Attorneys for Plaintiff

DATED: October 12, 2007

BY: s/ *Lee J. Rohn*
Lee J. Rohn, Esq.
1101 King Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 778-8855
Fax: (340) 773-2954

**LAW OFFICES OF**
**Rohn &**
**Cameron, LLC**
1101 King Street
Christiansted
VI 00820-4933
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on October 12, 2007, I electronically filed the foregoing **NOTICE OF SERVICE OF PLAINTIFF DAVID KENDRICKS' SUPPLEMENTAL VOLUNTARY DISCLOSURE PURSUANT TO RULE 26**with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Chetema Lucas Francis, Esquire
Law Offices of Douglas Capdeville, P.C.
2107 Company Street
St. Croix, VI 00820
Attorney For: Hertz Corporation

BY: s/ *Lee J. Rohn* (vem)