# STATE OF RHODE ISLAND UNIFORM ACCIDENT REPORT

| Reporting Agency | Type of Collision (i.e. Car - Car) | Report Number | Walk In |
|---|---|---|---|
| Tiverton Police Department | CAR V MAILBOX | 05-165-AC | ☐ |

1 [2]

| Accident Date | Day of the Week | Military Time | Posted Speed | Total Units Involved |
|---|---|---|---|---|
| 05/11/2005 | Wednesday | 0112 | 40 | 1 |

| Route | City/Town | Name of Street or Highway | # of Lanes | Intersection With |
|---|---|---|---|---|
| | TIVERTON | CRANDALL RD | | WOOD AVE |

| Distance (From Nearest Intersecting St) | Direction (From Nearest Intersecting St) | Nearest Intersecting Street/Landmark |
|---|---|---|
| ☐ Feet ☐ Miles | N S E W | |

10a [ ] 10b [ ]

## DRIVER

2 [1]

| Unit Number | Unit Type | Unit Number | Unit Type |
|---|---|---|---|
| 2 | 2 - 4 Door | | |

11a [1] 11b [ ]

| Operator's Last Name | First | M.I. | Operator's Last Name | First | M.I. |
|---|---|---|---|---|---|
| KENDRICK | DAVID | W | | | |

| Street/Mailing Address | City/Town | Street/Mailing Address | City/Town |
|---|---|---|---|
| 2132 COMPANY ST | CSTD. ST CROIX | | |

3 [2]

| State | Zip | Telephone | DOB | Sex | State | Zip | Telephone | DOB | Sex |
|---|---|---|---|---|---|---|---|---|---|
| VI | 00820 | 340-277-5149 | 05/03/1956 | M | | | | | |

12a [5] 12b [ ]

| License Number | State | CDL | Class | Restrictions | License Number | State | CDL | Class | Restrictions |
|---|---|---|---|---|---|---|---|---|---|
| C320011432 | VI | ☐ | | | | | ☐ | | |

## OWNER

4 [1]

| Owner's Last Name | First | M.I. | Owner's Last Name | First | M.I. |
|---|---|---|---|---|---|
| HERTZ | | | | | |

| Street/Mailing Address | City/Town | Street/Mailing Address | City/Town |
|---|---|---|---|
| 4195 GENESSE ST | CHEEKTOWAGA | | |

| State | Zip | Telephone | State | Zip | Telephone |
|---|---|---|---|---|---|
| NY | 14225 | | | | |

13a [ ] 13b [ ]

| Insurance Co. | Policy No. | Insurance Co. | Policy No. |
|---|---|---|---|
| ACE AMERICAN | ISAH07760929 | | |

## VEHICLE

5 [1]

| Registration No. | State | VIN | Registration No. | State | VIN |
|---|---|---|---|---|---|
| CGZ1848 | NY | | | | |

| Vehicle Yr. | Make | Color | Plate Type | Vehicle Yr. | Make | Color | Plate Type |
|---|---|---|---|---|---|---|---|
| 2004 | CHEVROLET | WHI | PC | | | | |

| # Air Bags Deployed | Air Bags | Direction of Travel | # Air Bags Deployed | Air Bags | Direction of Travel |
|---|---|---|---|---|---|
| 0 | ☐ Front ☐ Side | N (S) E W | | ☐ Front ☐ Side | N S E W |

14a [ ] 14b [ ]

6 [3]




Towed By: TIVERTON AUTO PARTS

Damage Estimate: ☐ None ☐ <$1000 ☒ >$1000




Towed By:

Damage Estimate: ☐ None ☐ <$1000 ☐ >$1000

## TRAILER

7 [1]

| Trailer Reg. No. | State | Make | Trailer Reg. No. | State | Make |
|---|---|---|---|---|---|
| | | | | | |

| VIN | Towed By | VIN | Towed By |
|---|---|---|---|
| | | | |

9 [9]

8 [1]

Non-Vehicle Property Damage

| Owner | Address | Phone | Damage Description |
|---|---|---|---|
| DONALD CAMARA | 151 CRANDALL RD TIVERTON, RI 02878 | (401) 624-9791 | MAIL BOX |
| | | | |

| Name all Persons Involved (Occupants - Witnesses - Pedestrians) | Unit # | Sex | DOB | Seat | Eject | Belt | Injury | Helmet |
|---|---|---|---|---|---|---|---|---|
| DAVID W KENDRICK (Operator) | 2 | M | 05/03/56 | 1 | N | 3 | 5 | N |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Reporting Officer | Badge No. | Date of Report |
|---|---|---|
| PTLM BRIAN GALVIN | 40 | 05/11/2005 |

**Exhibit 1**