**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| DAVID KENDRICK<br><br>Plaintiff,<br><br>vs.<br><br>THE HERTZ CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. 2005/0164<br><br>ACTION FOR DAMAGES |

**AFFIDAVIT OF RICHARD P. McEVILY**

STATE OF NEW JERSEY )
) ss:
COUNTY OF BERGEN )

I, Richard P. McEvily, being duly sworn depose and state:

1. I am an adult resident of the State of New York, of sound mind and body to swear to the matters set out in this affidavit;
2. I am employed as Staff Vice President and Deputy General Counsel of The Hertz Corporation ("Hertz"), a defendant in this action. I make this affidavit based upon a review and investigation of company records and my own personal knowledge;
3. Hertz is licensed and incorporated under the laws of Delaware with principal corporate offices located in New Jersey;
4. At no time has Hertz maintained any offices or places of business in the U.S. Virgin Islands;
5. At no time has Hertz maintained any bank accounts in the U.S. Virgin Islands;
6. At no time has Hertz owned, leased or rented any real or personal property in the U.S. Virgin Islands;
7. At no time has Hertz had a mailing address, telephone number, or answering service in the U.S. Virgin Islands;
8. The one car vehicular accident from which the above captioned complaint arose occurred in Tiverton, Rhode Island, with damage to property situated at #151 Crandall Rd, Tiverton, Rhode Island. The property belonged to owner/resident Donald Camara;
9. Upon information and belief, Donald Camara was present at the accident scene and has knowledge of Plaintiff's demeanor at the time of the accident and damage to the vehicle driven by Plaintiff;

10. Donald Camara is not an agent or employee of Hertz and his testimony cannot be compelled in the U.S. Virgin Islands by subpoena.

11. Upon information and belief, three police officers responded to the accident scene in their capacity with the Tiverton, Rhode Island Police Department. Officer Brian Galvin investigated the scene, spoke with Plaintiff and the various property owners and prepared the police report. Officer Michael Barboza responded to the accident scene, has knowledge of the property damage and the damage to the vehicle driven by Plaintiff and Plaintiff's refusal for medical transport to hospital. Officer Luis Farias also responded to the accident scene and provided Plaintiff with a ride to Plaintiff's parents' home at 39 Saxony Ave., Triverton, Rhode Island, after Plaintiff refused medical treatment.

12. Police officers Galvin, Barboza and Farias are crucial witnesses and are not agents or employees of Hertz and their testimony cannot be compelled in the U.S. Virgin Islands by subpoena. These officers' knowledge of the accident scene, Plaintiff's admissions and demeanor and condition of Plaintiff's vehicle cannot be substituted with a paid liability expert.

13. Upon information and belief, Plaintiff's mother and stepfather reside at 39 Saxony Ave., Triverton, Rhode Island, and have knowledge of Plaintiff's physical condition and demeanor shortly after the accident as he was taken to their home after the accident by Officer Farias. Plaintiff's parents are not agents or employees of Hertz and their testimony cannot be compelled in the U.S. Virgin Islands by subpoena.

FURTHER AFFIANT SAYETH NAUGHT

**DATE:** June 22, 2006

Richard P. McEvily
RICHARD P. McEVILY

Subscribed And Sworn to before me,
this 22nd day of June, 2006.

Quashetta Branch
**NOTARY PUBLIC**

QUASHETTA BRANCH
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES APRIL 19, 2011