O. JOHN ZAMPARO
PROFESSIONAL ENGINEER
795 STILL HILL ROAD
HAMDEN, CONNECTICUT 06518
(203) 281-1531

Report 94112 October 7, 2005

Subject: Inspection of Hertz 2004 Chevrolet Malibu Classic Damaged by Collision on May 10, 2005.

Reference: 03-20052237

Background

The subject vehicle was inspected to determine the cause of separation of the right rear wheel assembly from the vehicle and its relevance to the subject collision.

Vehicle Identification

2004 Chevrolet Malibu Classic four door sedan, color white; manufactured 12/03; Vehicle identification number 1G1ND52F54 M608 788;Registration: New York CGZ-1848 exp 9-30-05; New York State Safety Insp. Certificate No. 115 12199 exp. April 06; Odometer reading 28,926 miles; Hertz code 1745-4364477.

Inspection

The subject vehicle was inspected on September 30, 2005 at the Hertz maintenance facility, 40 Senator Street, Warwick, RI. Photographs taken at this inspection are attached to this report.

Photographs 1, 2, 3, and 4 are overall views of the subject vehicle from each quarter. Impact damage was present on the right side. The rear bumper cover was separated and located in the vehicle. The right rear wheel assembly was found inside the car and set out as shown to be photographed.

Photograph 5 is a view of the wheel opening and suspension at the right rear of the vehicle. The bearing shaft was found broken as shown in photograph 6 and the brake assemblies were separated from the backing plate which was bent inward at the bottom.

Photograph 7 is a close-up view of the fractured shaft and bearing housing which revealed a dent in the lower edge of the lip. The fracture and dent were indicative of the wheel assembly being in place when severe force was applied to the wheel at its lowest point.

Exhibit 5

Photograph 8 is an overall view of the separated right wheel assembly outboard side. The wheel outer flange was found fractured as shown. All lug nuts were in place as shown.

Photograph 9 is an overall view of the separated right rear wheel inboard side. The flange was found affixed to the brake drum as shown. The shaft was found fractured corresponding to the fractured shaft on the right rear suspension of the vehicle.

Photographs 10 and 11 are views of the separated wheel assembly as it was probably oriented when the wheel outside surface contacted a low obstruction causing the wheel flange area to fracture. The force imposed on the wheel at the outside caused the wheel lower portion to be pushed inboard causing the shaft to fail and the plane of the brake drum to bend producing the deflected non-concentric position of the drum relative to the wheel. The wheel inside surface was probably punctured as shown when the wheel went under the rear suspension and was subjected to the weight of that corner of the vehicle.

Photographs 12 and 13 are views of the fractured areas of the outboard side of the wheel. The black marker was placed adjacent to the tire valve to show its orientation to the inboard side of the wheel in later photographs.

The tire revealed no evidence of cuts or chafing next to the the fractured areas, therefore there was no indication the wheel was operating in its normal mode with the fractures present.

Photographs 14 and 15 are views of the inboard side of the separated wheel and tire. The fractured shaft, tilted brake drum, and fractured wheel rim reveal that to this wheel was forced inboard at the bottom corresponding to the impact at the wheel outside surface. The cut in the tire and the dent in the adjacent area of the wheel flange indicates that the cut was produced as the wheel went under the car after impact and a component of the body contacted the tire and rim.

Photographs 16, 17 and 18 show the fracture surface of the shaft at the flange from different directions. The fracture surface did not reveal evidence of progressive failure. This shaft appeared to have failed with one severe application of bending force. A dent in the outer diamter surface of the fractured portion, shown in photograph 18, corresponds to the dent in the housing shown in photograph 7.

The fractured area of the shaft was coated with grease, as shown in photograph 19, in order to prevent rust and permit inspection at a later date if required.

Photograph 20 is a view of the right front wheel and tire. Scrapes were found present on the flange as shown.

The loss of the right rear wheel assembly allowed brake fluid to be lost at the wheel cylinder as shown in photograph 21. Fluid was found to issue when the brake pedal was actuated since the shoes and drums were not present to hold the cylinder cups in position. The low level of brake fluid found in the master cylinder corresponded to the wheel loss due to impact.

The steering system and suspension systems were found to be connected at all points supporting the vehicle and permitting steering control. Power steering fluid was present in the reservoir.

The throttle was checked and found to return to the idle speed position when actuated and released.

The tires were found to contain safe adequate tread depth of 7/32 to 8/32 inch depth. The tires revealed uniform wear indicating they were operating in proper alignment. All tires except the separated tire were found inflated. The deflated tire bore a cut which was due to the wheel separation as described previously.

Conclusion and Opinion

Inspection of the subject vehicle and the separated right rear wheel assembly revealed fractures and damage that were consistent with the wheel assembly being in proper place until the vehicle contacted a low obstruction which caused the wheel assembly to separate from the vehicle.

In my opinion, there is no evidence of a deficiency or defect in the subject vehicle to indicate that the vehicle could not be controlled properly prior to the wheel separating.

Respectfully submitted,

John Zamparo, P.E.

O. John Zamparo, P.E.

dc