**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| DAVID KENDRICKS | ) | CIVIL NO. 2005/0164 |
| | ) | |
| Plaintiff, | ) | ACTION FOR DAMAGES |
| vs. | ) | |
| | ) | |
| THE HERTZ CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION TO STAY REFERRAL TO MEDIATION PENDING RESOLUTION OF PLAINTIFF'S APPEAL OF MAGISTRATE'S ORDER DATED JUNE 26, 2007 AND DEFENDANT'S APPEAL OF MAGISTRATE'S ORDER DATED DECEMBER 4, 2007

Defendant The Hertz Corporation (hereinafter "Hertz Corp."), by and through undersigned counsel, hereby requests a stay of the Magistrate's December 4, 2007 referral to mediation pending resolution of both Plaintiff's appeal of Magistrate's Order dated June 26, 2007 granting Defendant's Motion to Transfer and Defendant's appeal of the Magistrate's December 4, 2007 Order which granted Plaintiff's motion to compel discovery. In support of this requests, Defendant states as follows:

The United States Supreme Court has recognized that courts have the inherent power to stay proceedings. *Landis v. North American Co.*, 299 U.S. 248, 254 (1936). Similarly, the Third Circuit Court of Appeals has acknowledged that a decision to stay a case is within the discretion of the court. *Cost Bros., Inc. v. Travelers Indemnity Co.*, 760 F.2d 58, 60 (3d Cir. 1985).

Given the two pending appeals and the undisputed effect that their resolution will have on the assessment of the settlement value of this case, it is not feasible or economically efficient to attempt mediation of this case at this time. The lack of appreciable discovery is

this case to date, due to repeated and current appeals, precludes the parties from accurately assessing the facts; as such, consideration of evidence, as it may effect case value, cannot be determined at this time. In addition, the venue in which this case will be tried is a significant factor in assessing potential settlement value; and this will not be resolved until Plaintiff's appeal of the Magistrate's June 26, 2007 order is decided. Accordingly, until appeal decisions are rendered regarding the transfer and discovery issues mediation would be an exercise in futility.

WHEREFORE Defendant Hertz Corporation requests that the Court's December 4, 2007 Order referring this case to mediation by February 29, 2008 be stayed.

Respectfully Submitted,
LAW OFFICES OF DOUGLAS L. CAPDEVILLE, P.C.

DATED: December 18, 2007 /s/ Chetema Lucas Francis

CHETEMA LUCAS FRANCIS, ESQ.
V.I. Bar No.: 854
2107 Company St. - Lot #4
P.O. Box 224191
St. Croix, USVI 00822
Tel: (340) 773-7275
clucas@capdevillelaw.com

## CERTIFICATE OF SERVICE

I HEREBY that I cause on this 18th day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following: Lee Rohn, Esq at lee@rohnlaw.com

s/ Chetema Lucas Francis