**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

DAVID KENDRICKS,

Plaintiff,

v.

THE HERTZ CORPORATION,

Defendant.

CIVIL NO. 2005/164 F/C

**ACTION FOR DAMAGES**

JURY TRIAL DEMANDED

**STIPULATION FOR EXTENSION OF TIME**

**COME NOW** the Parties, by and through the undersigned counsels, and hereby stipulate and agree that the Plaintiff shall have an extension of time of until January 30, 2008 to reply to Defendant's Opposition to Plaintiff's Appeal from Order dated May 17, 2006 and to respond to Defendant's Appeal of Order dated December 4, 2007 granting Plaintiff's Motion to Compel, Defendant's Motion to Stay Discovery Pending Resolution of Defendant's Appeal of Order dated December 4, 2007 as well as to respond to Defendant's Motion to Stay Referral To Mediation Pending Resolution of Plaintiff's Appeal of June 26, 2007 Order and Defendant's Appeal of December 4, 2007 Order.

RESPECTFULLY SUBMITTED
LAW OFFICES OF ROHN AND CAMERON, LLC
Attorneys for Plaintiff

DATED: January 16, 2008

BY: s/ *K. Glenda Cameron*
K. Glenda Cameron, Esq.
VI Bar No. 683
1101 King Street
Christiansted, St. Croix
U.S. Virgin Islands 00820

**LAW OFFICES OF**
**Rohn &**
**Cameron, LLC**
1101 King Street
Christiansted
VI 00820-4933
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

LAW OFFICES OF DOUGLAS CAPDEVILLE, P.C.
Attorney For: Hertz Corporation

DATED: January 16, 2008

BY: s/*Chetema Lucas Francis*

Chetema Lucas Francis, Esquire
2107 Company Street
St. Croix, VI 00820

**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| DAVID KENDRICKS,<br>Plaintiff,<br>v.<br>THE HERTZ CORPORATION,<br>Defendant. | CIVIL NO. 2005/164 F/C<br>**ACTION FOR DAMAGES**<br>JURY TRIAL DEMANDED |

**ORDER**

**THIS MATTER** having come before the Court on parties Stipulation and the Court having been advised in its premises, it is;

**ORDERED** that parties Stipulation is **GRANTED**, and further;

**ORDERED** that the Plaintiff have an extension of time of until January 30, 2008 to reply to Defendant's Opposition to Plaintiff's Appeal from Order dated May 17, 2006 and to respond to Defendant's Appeal of Order dated December 4, 2007 granting Plaintiff's Motion to Compel, Defendant's Motion to Stay Discovery Pending Resolution of Defendant's Appeal of Order dated December 4, 2007 as well as to respond to Defendant's Motion to Stay Referral To Mediation Pending Resolution of Plaintiff's Appeal of June 26, 2007 Order and Defendant's Appeal of December 4, 2007 Order.

**SO ORDERED** this _________ day of ____________________________ 2008.

________________________________
JUDGE OF THE DISTRICT COURT