**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **DAVID KENDRICK,**<br><br>**Plaintiff,**<br>**v.**<br><br>**THE HERTZ CORPORATION,**<br><br>**Defendant.** | **2005-CV-0164** |

**TO: Lee J. Rohn, Esq.**
**Chetema Lucas Francis, Esq.**

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL**

THIS MATTER is before the Court upon the parties' Joint Stipulation Regarding Plaintiff's Motion to Compel Defendant to Provide Responses to Discovery (Docket No. 54). Defendant's opposition to the said motion to compel was based upon its pending motion for stay of discovery. The record reflects that Defendant's said motion for stay was denied by order (Docket No. 59), entered October 23, 2006.

Accordingly, it is now hereby **ORDERED**:

1. Plaintiff's Motion to Compel Defendant to Provide Responses to Discovery is **GRANTED**.

Blumberg No. 5118
EXHIBIT
1

2. Defendant shall serve upon counsel for Plaintiff, within twenty (20) days from the date of entry of this order, its responses to interrogatories and demand for production of documents propounded by Plaintiff.

ENTER:

Dated: December 4, 2007

/s/

GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE