**IN THE TERRITORIAL COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| OREN GORDEN, | ) | CIVIL NO. 21/2001 |
| Plaintiff, | ) | |
| vs. | ) | ***ACTION FOR DAMAGES BREACH OF IMPLIED WARRANTY*** |
| UNITED SPORTING GOODS, INC. and SMITH & WESSON, CORP., | ) | ***JURY TRIAL DEMANDED*** |
| Defendants. | ) | |

***MOTION TO COMPEL***

**COMES NOW** Plaintiff, Oren Gorden, by and through the undersigned attorney, *and respectfully requests the Court Order Defendant United Sporting Goods*, *to* respond to discovery.

On May 21, 2002, Plaintiff propounded Interrogatories and a Demand for Production of Documents to Defendant United Sporting Goods. The Defendant did not respond. Plaintiff further requests this Court order that Defendant United Sporting Goods' failure to respond within thirty (30) days waives any objections. See *Drexel Heritage Furnishings, Inc. v Furniture USA, Inc.*, 200 F.R.D. 255 (M.D.N.C. 2001) (waiver is implicit in Rule 34's requirement that objections be explicitly stated); and *Puricelli v Borough of Morrisville*, 136 F.R.D. 393, 396 (E.D. Pa. 1991) (Failure to raise an objection with sufficient specificity within the time period prescribed by Rule 33, without an extension, may be deemed waiver). *Rivera v Kmart Corp.*, 190 F.R.D. 298, *300-01 (D. Puerto Rico 2000).*

**CERTIFICATION PURSUANT TO LRCi 37.1:** On October 25, 2002, Plaintiff

LAW OFFICES OF
LEE J. ROHN
1101 King Street
Suite 2
Christiansted, St. Croix
U.S.V.I. 00820-4933
(340) 778-8855
FAX (340) 773-2954
e-mail: rohn@viaccess.net

EXHIBIT
2

wrote to Defendant United Sporting Goods with a reminder that its responses to discovery propounded on May 21, 2002, were overdue and offered to meet and confer. (Exhibit "1"). Defendant United Sporting Goods did not respond.

**WHEREFORE** *Plaintiff requests the Court Order Defendant United Sporting* Goods to respond to Plaintiff's discovery requests within ten (10) days.

DATED: 11-19-2002 LAW OFFICES OF LEE J. ROHN
Attorneys for Plaintiff

BY: ________________
Lee J. Rohn, Esquire

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 20 day of November, 2002, I caused a true and correct copy of the foregoing **MOTION TO COMPEL** was caused by me to be served, via Hand Delivery, upon **Stacy L. White, Esq.**, Law Offices of Stacy L. White, P.C, 1112 King Street, Suite 4, Christiansted, St. Croix 00820, *attorney for Defendant Smith & Wesson*; and U. S. Mail upon **Mark L. Milligan, Esq.**, Law Offices of Mark L. Milligan, P.C., 1232 King Street, P.O. Box 3031, Christiansted, St. Croix 00820 *attorney for United Sporting Goods, Inc.* and **Clem C. Trichler, Esq.**, Piketragallo, Boscik & Gordon, The Thirty-Eighth Floor, One Oxford Center, Pittsburgh, PA 15219.

________________