IN THE TERRITORIAL COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | | |
|---|---|---|
| HILLARY TITTLE-WILKIE, Plaintiff, | ) | CIVIL NO. 216/2001 |
| v. | ) | ACTION FOR DAMAGES |
| TRANSPORTATION SERVICES OF ST. JOHN, INC. and the Vessel *CARIBE TIDE*, Defendants. | ) | JURY TRIAL DEMANDED |

ORDER

**THIS MATTER,** having come before the Court on Plaintiff's motion to compel Defendant Transportation Services of St. John to respond to Plaintiff's discovery requests dated October 13, 2002, and the Court having been advised in its premises, it is;

**ORDERED** that Plaintiff's motion is **GRANTED**, and further;

**ORDERED** that Defendant Transportation Services of St. John will respond to Plaintiff's discovery propounded on October 13, 2002, within ten (10) days, and further;

**ORDERED** that Defendant Transportation Services of St. John has waived its objections.

**SO ORDERED** this 4th day of April, 2003.

DATED: ___________

ENTER:

[signature]

Judge of the Territorial Court

ATTEST:
Denise D. Abramsen
CLERK OF THE COURT

By: [signature] 4/4/03
Deputy Clerk

EXHIBIT
3

Distribution List
Lee J. Rohn, Esquire
Thomas ... 774-7300

CERTIFIED TO BE A TRUE COPY
This 4th day of April, 2003
Denise D. Abramsen
Clerk of the Court
By: [signature] Deputy