**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

DAVID KENDRICKS ) CIVIL NO. 2005/0164
)
Plaintiff, ) ACTION FOR DAMAGES
vs. )
)
THE HERTZ CORPORATION, )
)
Defendant. )

**STIPULATION FOR EXTENSION OF TIME**

Plaintiff, **DAVID KENDRICKS** by and through his undersigned counsel, and Defendant, **THE HERTZ CORPORATION** by and through its undersigned counsel hereby stipulate and agree that **THE HERTZ CORPORATION** shall have a ten (10) day extension of time to February 15, 2008 to respond to Plaintiff's Motion for Sanctions Against Defendant Hertz.

**DATED:** January 24, 2008

**GLENDA CAMERON, ESQUIRE**
Law Offices of Rohn and Cameron, LLC
1101 King Street
Christiansted, VI 00820
Attorney for Plaintiff

**DATED:** January 25, 2008

**DOUGLAS L. CAPDEVILLE, ESQUIRE**
Law Offices of Douglas L. Capdeville, P.C.
2107 Company Street, Lot No. 4
Christiansted, St. Croix 00822
Attorney for Defendant

**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| DAVID KENDRICKS | ) | CIVIL NO. 2005/0164 |
| | ) | |
| Plaintiff, | ) | ACTION FOR DAMAGES |
| vs. | ) | |
| | ) | |
| THE HERTZ CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**UPON CONSIDERATION OF** Stipulation for Extension of Time executed by the parties and the Court being otherwise duly satisfied in the premises, it is hereby

**ORDERED** that **THE HERTZ CORPORATION** shall have up to February 15, 2008, to respond to Plaintiff's Motion for Sanctions Against Defendant **HERTZ.**

**SO ORDERED** this _______ day of _________________, 2008.

**ATTEST:**
WILFREDO MORALES
Clerk of the Court

By: ____________________
Deputy Clerk

______________________________
**HON. GEORGE W. CANNON**
U.S. Magistrate Judge

**DISTRIBUTION LIST**
Glenda Cameron, Esq.
Chetema Lucas Francis, Esq.