**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| DAVID KENDRICKS,<br><br>Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION,<br><br>Defendant. | CIVIL NO. 2005/164 F/C<br><br>**ACTION FOR DAMAGES**<br><br>JURY TRIAL DEMANDED |

## OPPOSITION TO MOTION TO STAY REFERRAL TO MEDIATION

**COMES NOW**, Plaintiff David Kendricks, by and through undersigned counsel, and hereby files his Opposition to Motion to Stay the Mediation Order as follows:

This appears to be a bad case of lawyering. The Plaintiff has indicated he is interested in being reasonable and settling his case. It would be in the Defendant's interest to see if there can be a speedy and less expensive alternative to litigation by mediating and getting the case settled. Yet counsel for Defendant is opposed to mediation.

There is nothing to force the Defendant to accept a settlement number it does not agree with in mediation but Plaintiff believes that mediation may very well be successful, particularly in the posture that this case is in and the uncertainties that exist given the appeals.

No matter where the case is there will need to be a mediation and it would be to all parties' benefit to have that occur sooner rather than later.

**LAW OFFICES OF**
**Rohn &**
**Cameron, LLC**
1101 King Street
Christiansted
VI 00820-4933
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

RESPECTFULLY SUBMITTED
LAW OFFICES OF ROHN AND CAMERON, LLC
Attorneys for Plaintiff

DATED: February 1, 2008

BY: s/ *Lee J. Rohn*

Lee J. Rohn, Esq.
VI Bar No. 52
1101 King Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 778-8855
Fax: (340) 773-2954

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on February 1, 2008, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Chetema Lucas Francis, Esquire
Law Offices of Douglas Capdeville, P.C.
2107 Company Street
St. Croix, VI 00820
Attorney For: Hertz Corporation

BY: __s/ *Lee J. Rohn*______(dr)