**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| DAVID KENDRICKS, Plaintiff, | ) | CIVIL NO. 2005/0164 |
| vs. | ) | ACTION FOR DAMAGES |
| THE HERTZ CORPORATION, Defendant. | ) | |

**STIPULATION FOR EXTENSION OF TIME**

Plaintiff, **DAVID KENDRICKS** by and through his undersigned counsel, and Defendant, **THE HERTZ CORPORATION** by and through its undersigned counsel hereby stipulate and agree that **THE HERTZ CORPORATION** shall have a seven (7) day extension of time from February 15, 2008 until February 22, 2008 within which to respond to Plaintiff's: 1) Motion for Sanctions Against Defendant Hertz, 2) Opposition to Defendant's Appeal of Magistrate Judge's Order Dated December 4, 2007 Granting Plaintiff's Motion to Compel, 3) Opposition to Motion to Stay Discovery Pending Resolution of Defendant's Appeal of Magistrate Judge's Order Dated December 4, 2007, and 5) Opposition to Motion to Stay Referral to Mediation.

**DATED:** February 13, 2008

/s/ *K. Glenda Cameron*
**K. GLENDA CAMERON, ESQUIRE**
Law Offices of Rohn and Cameron, LLC
1101 King Street
Christiansted, VI 00820
Attorney for Plaintiff

**DATED:** February 13, 2008

/s/ *Chetema Lucas Francis*
**CHETEMA LUCAS FRANCIS, ESQUIRE**
Law Offices of Douglas L. Capdeville, P.C.
2107 Company Street, Lot No. 4
Christiansted, St. Croix 00822
Attorney for Defendant