**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| DAVID KENDRICKS | ) | CIVIL NO. 2005/0164 |
| | ) | |
| Plaintiff, | ) | ACTION FOR DAMAGES |
| vs. | ) | |
| | ) | |
| THE HERTZ CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

**UPON CONSIDERATION OF** Stipulation for Extension of Time executed by the parties and the Court being otherwise duly satisfied in the premises, it is hereby

**ORDERED** that **THE HERTZ CORPORATION** shall have up to February 22, 2008, to respond to Plaintiff's Motion for Sanctions Against Defendant Hertz, Plaintiff's Opposition to Defendant's Appeal of Magistrate Judge's Order Dated December 4, 2007 Granting Plaintiff's Motion to Compel, Plaintiff's Opposition to Motion to Stay Discovery Pending Resolution of Defendant's Appeal of Magistrate Judge's Order Dated December 4, 2007, and Plaintiff's Opposition to Motion to Stay Referral to Mediation.

**SO ORDERED** this _______ day of __________________, 2008.

**A T T E S T:**
WILFREDO MORALES
Clerk of the Court

______________________________
**HON. GEORGE W. CANNON**
U.S. Magistrate Judge

By: ____________________
Deputy Clerk

**DISTRIBUTION LIST**
Glenda Cameron, Esq.
Chetema Lucas Francis, Esq.