**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| DAVID KENDRICKS | ) | CIVIL NO. 2005/0164 |
| | ) | |
| Plaintiff, | ) | ACTION FOR DAMAGES |
| vs. | ) | |
| | ) | |
| THE HERTZ CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANT FOR FAILURE TO COMPLY WITH ORDER DATED DECEMBER 4, 2007

Defendant The Hertz Corporation (hereinafter "Hertz Corp."), by and through undersigned counsel, hereby opposes Plaintiff's motion for sanctions against Defendant for failure to comply with Magistrate's Order dated December 4, 2007 granting Plaintiff's motion to compel discovery. In further support of its opposition Defendant states:

Plaintiff's motion is completely without merit and unsupported by the factual record. On December 18, 2007 Defendant timely filed 1) an appeal to the District Court of Magistrate's Order Dated December 4, 2007 and 2) a motion to stay discovery pending resolution of Defendant's Appeal of Magistrate's Order Dated December 4, 2007. Accordingly, Plaintiff's January 22, 2008 Motion for Sanctions against Defendant was completely unwarranted. Further, by Order dated March 3, 2008 [Docket No. 107] this Court granted Defendant's motion to stay discovery with regard to Court Order dated December 4, 2007 granting Plaintiff's motion to compel. As a result, Plaintiff's motion for sanctions against Defendant for failure to comply with Court Order dated December 4, 2007 is now moot.

WHEREFORE Defendant requests that Plaintiff's Motion for Sanctions be DENIED.

Respectfully Submitted,
LAW OFFICES OF DOUGLAS L. CAPDEVILLE, P.C.

DATED: March 13, 2008

/s/ Chetema Lucas Francis

CHETEMA LUCAS FRANCIS, ESQ.
V.I. Bar No.: 854
2107 Company St. - Lot #4
P.O. Box 224191
St. Croix, USVI 00822
Tel: (340) 773-7275
clucas@capdevillelaw.com

**CERTIFICATE OF SERVICE**

I HEREBY that I cause on this 13th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following: Lee Rohn, Esq at lee@rohnlaw.com

s/ Chetema Lucas Francis