**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

**DAVID KENDRICK,**

**Plaintiff,**

**v.**

**THE HERTZ CORPORATION,**

**Defendant.**

**2005-CV-0164**

**TO: Lee J. Rohn, Esq.**
**Chetema Lucas Francis, Esq.**

**ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS**

THIS MATTER is before the Court upon Plaintiff's Motion For Sanctions Against Defendant Hertz (Docket No. 94). Defendant filed an opposition to said motion. The time for filing a reply has expired.

Having reviewed the motion and opposition and the record herein and upon due consideration thereof, it is now hereby **ORDERED** that Plaintiff's Motion For Sanctions Against Defendant Hertz (Docket No. 94) is **DENIED**.

ENTER:

Dated: April 17, 2008

/s/

GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE