**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| DAVID KENDRICKS | ) | CIVIL NO. 2005/0164 |
| | ) | |
| Plaintiff, | ) | ACTION FOR DAMAGES |
| vs. | ) | |
| | ) | |
| THE HERTZ CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**TO: Wilfredo Morales**
**Clerk of the Court**
**District Court of Virgin Islands**
**Kingshill, St. Croix 00850**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney hereby enters an appearance as counsel of record for **THE HERTZ CORPORATION**, and requests that copies of all notices, motions, and pleadings be directed to her at 2107 Company Street, Lot No. 4, P.O. Box 224191, Christiansted, St. Croix 00822-4918.

Respectfully submitted,
LAW OFFICES OF DOUGLAS CAPDEVILLE, P.C.

DATED: July 29, 2008

/s/Douglas L. Capdeville

**DOUGLAS L. CAPDEVILLE, ESQUIRE**
Attorneys for Defendant The Hertz Corp.
V.I. Bar #284
P.O. Box 224191
Christiansted, St. Croix
U.S. Virgin Islands 00822
(340) 773-7275 *(340)773-7996
videfense@capdevillelaw.com

## CERTIFICATE OF SERVICE

I HEREBY that I cause on this 29th day of July, 2008, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following: Lee J. Rohn, Esq. at lee@rohnlaw.com.

/s/ Douglas L. Capdeville