CLOSED, MEDIATION, STAYED

# District Court of the Virgin Islands
# District of the Virgin Islands (St. Croix Division)
# CIVIL DOCKET FOR CASE #: 1:05−cv−00164−RLF−GWC

Kendrick, David v. Hertz Corporation
Assigned to: District Judge Raymond L. Finch
Referred to: US Magistrate Judge George W Cannon
Demand: $0

Date Filed: 10/31/2005
Date Terminated: 09/11/2008
Jury Demand: Both
Nature of Suit: 350 Motor Vehicle
Jurisdiction: Diversity

**Plaintiff**

**David Kendrick**

represented by **Lee J Rohn**
Law Offices of Rohn &Cameron
1101 King Street, Suite 2
St Croix, VI 00820−4933
340−778−8855
Fax: 340−773−2954
Email: lee@rohnlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Hertz Corporation**

represented by **Douglas L Capdeville**
Law Offices of Douglas L. Capdeville
2107 Company Street, #4
P.O. Box 22491
St Croix, VI 00822
340−773−7275
Fax: 340−773−7996
Email: videfense@capdevillelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chetema Lucas Francis**
Law Office of Douglas Capdeville
P.O. Box 224191
2107 Company Street, Lot #4
St Croix, VI 00820−6123
340−773−7275
Fax: 340−773−7996
Email: clucas@capdevillelaw.com

| Date Filed | # | Docket Text |
|---|---|---|
| 10/31/2005 | 1 | COMPLAINT (Entered: 10/31/2005) |
| 10/31/2005 | 2 | SUMMONS issued for The Corporation Trust Company (Entered: 10/31/2005) |

| | | |
|---|---|---|
| 12/13/2005 | 3 | RETURN of service exec on Scott LaScala for the corp. Trust Company on 11/17/05 (Entered: 12/13/2005) |
| 12/21/2005 | 4 | NOTICE OF FILING (AMENDED) (Entered: 12/21/2005) |
| 01/09/2006 | 5 | NOTICE of appearance by Chetema Lucas Francis, Esq. (Entered: 01/09/2006) |
| 01/09/2006 | 6 | ANSWER (Entered: 01/09/2006) |
| 01/09/2006 | 7 | MOTION to transfer due to forum nonconviens (Entered: 01/09/2006) |
| 01/09/2006 | 8 | MEMORANDUM of law in support og the hertz Corp motion to transfer due to forum nonconviens (Entered: 01/09/2006) |
| 01/10/2006 | 9 | ORDER on scheduling conference on 1/23/2006 @ 2:00 p.m. cc attys (Entered: 01/10/2006) |
| 01/23/2006 | 10 | ORDER (GWC) scheduling entered from conference held on 1/13/06, status scheduled for 9/6/06 @ 11:00 A.M. cc attys (Entered: 01/23/2006) |
| 01/24/2006 | 11 | STIPULATION by parties (Entered: 01/24/2006) |
| 01/24/2006 | 12 | ORDER (GWC) that the partiesstipulation is GRANTED, cc attys (Entered: 01/24/2006) |
| 02/10/2006 | 13 | STIPULATION for extension of time by parties (Entered: 02/10/2006) |
| 02/13/2006 | 14 | ORDER (GWC) that the parties Stipulation is GRANTED, cc attys (Entered: 02/13/2006) |
| 02/17/2006 | 15 | MOTION for extension of time to respond to deft motion to transfer venue due to forum nonconveniens (Entered: 02/17/2006) |
| 02/22/2006 | 16 | MOTION to vacate court order dated 2/22/06 (Entered: 02/22/2006) |
| 02/22/2006 | 17 | OPPOSITION to pltf motion for extension of tme to respond to deft motion to transfer venue due to forum nonconveniens (Entered: 02/22/2006) |
| 02/22/2006 | 18 | ORDER (GWC) pltf motion GRANTED, pltf shall have up to ind including 3/3/06 in which to respond to said motion (Entered: 02/22/2006) |
| 03/03/2006 | 19 | OPPOSITION to deft Hertz Corporation's motion to transfer venue due to forum nonconveniens by pltf (Entered: 03/03/2006) |
| 03/03/2006 | 20 | voluntary disclosure pursuant to rule 26 by pltf (Entered: 03/03/2006) |
| 03/07/2006 | 21 | NOTICE of service of voluntary disclosure pursuant to rule 26 by pltf (Entered: 03/07/2006) |
| 03/08/2006 | 22 | NOTICE to court by pltf (Entered: 03/08/2006) |
| 03/09/2006 | 23 | ORDER (GWC) denying motion to vacate court order dated February 22, 2006 cc attys (Entered: 03/09/2006) |
| 03/09/2006 | 24 | NOTICE to the court by deft (Entered: 03/09/2006) |
| 03/14/2006 | 25 | MOTION for extension of time to reply to pltf's opposition to deft's motion to transfer due to forum nonconveniens by deft (Entered: 03/14/2006) |
| 03/15/2006 | 26 | ORDER (GWC) that deft's motion is GRANTED cc attys (Entered: 03/15/2006) |
| 03/28/2006 | 28 | NOTICE of service of rule 26 voluntary disclosures by deft (Entered: 03/28/2006) |
| 03/29/2006 | 27 | REPLY to pltf's opposition to Hertz Corporation's motion to transfer due to Forum nonconviens by deft (Entered: 03/29/2006) |

| | | |
|---|---|---|
| 04/12/2006 | 29 | NOTICE of production by deft (Entered: 04/12/2006) |
| 04/20/2006 | 30 | MOTION to amend complaint by pltf (Entered: 04/20/2006) |
| 05/17/2006 | 31 | ORDER (GWC) Defendant's Motion to Transfer Due to Forum Nonconviens[sic](Docket No. 7) is GRANTED. 2. This matter is TRANSFERRED to the United States District Court of Rhode Island, and the Clerk of Court shall forward a copy of the file in this matter to said court, cc attys (Entered: 05/17/2006) |
| 05/18/2006 | 32 | NOTICE of service of pltf David Kendricks first set of interrogatories to deft The Hertz Corporation by pltf (Entered: 05/18/2006) |
| 05/18/2006 | 33 | NOTICE of service of demand for production of documents to deft The Hertz Corporation by pltf (Entered: 05/18/2006) |
| 05/23/2006 | 34 | NOTICE of production by deft (Entered: 05/23/2006) |
| 06/02/2006 | 35 | APPEAL from Mag. order dated 5/17/06 transferring the case to the District Court of Rhode Island (Entered: 06/02/2006) |
| 06/05/2006 | 36 | MOTION to stay Transfer of this case to the District Court of Rhode Island pending Appeal of Magistrate order of May 17, 2006 by pltf (Entered: 06/05/2006) |
| 06/13/2006 | 37 | MOTION to stay discovery pending resolution of pltf's appeal from Magistrate's order dated May 17, 2006 by deft (Entered: 06/13/2006) |
| 06/14/2006 | 38 | NOTICE to the court by deft (Entered: 06/14/2006) |
| 06/15/2006 | 39 | MOTION for leave to respond out of time to pltf's motion to amend complaint by deft (Entered: 06/15/2006) |
| 06/15/2006 | 40 | OPPOSITION to pltf's motion to amend complaint by deft (Entered: 06/15/2006) |
| 06/15/2006 | 41 | MOTION for extension of time to respond to pltf's appeal from Magistrate's order dated May 17,2006 Transfering the case to the District court of Rhode Island by deft (Entered: 06/15/2006) |
| 06/15/2006 | 42 | ORDER (GWC) that deft's motion for leave to respond out of time is hereby GRANTED, cc attys (Entered: 06/15/2006) |
| 06/15/2006 | 43 | ORDER (GWC) that deft's motion is hereby GRANTED, cc attys (Entered: 06/15/2006) |
| 06/22/2006 | 45 | REPLY to deft's opposition to pltf's motion to amend complaint by pltf (Entered: 06/22/2006) |
| 06/23/2006 | 44 | OPPOSITION to pltf's appeal from Magistrate's order dated May 17, 2006 transferring the case to the District Court of Rhonde Island by deft (Entered: 06/23/2006) |
| 06/28/2006 | 46 | OPPOSITION to motion to stay discovery pending resolution of pltf appeal appeal from the mag order dated 5/15/06 (Entered: 06/28/2006) |
| 06/29/2006 | 47 | RESPONSE to the court by pltf with attach exhibits (Entered: 06/29/2006) |
| 07/06/2006 | 48 | ORDER (RLF) that pltf 's motion is GRANTED and the transfer of this case will be stayed pending the resolution of the appeal in this matter. cc attys (Entered: 07/06/2006) |
| 07/18/2006 | 49 | REPLY to pltf's response to notice to the court by deft (Entered: 07/18/2006) |
| 07/18/2006 | 50 | MOTION to extend discovery deadlines by pltf (Entered: 07/18/2006) |
| 07/19/2006 | 51 | REPLY to pltf's opposition to deft's motion to stay discovery pending resolution of pltf's appeal from Magistrate's order dated May 17, 2006 by deft (Entered: 07/19/2006) |

| | | |
|---|---|---|
| 07/25/2006 | 52 | OPPOSITION to pltf's motion to extend discovery deadlines by deft (Entered: 07/25/2006) |
| 08/03/2006 | 53 | NOTICE of motion to compel by pltf (Entered: 08/03/2006) |
| 08/03/2006 | 54 | STIPULATION (JOINT) regarding pltf motion to compel deft to provide responses to discovery by parties (Entered: 08/03/2006) |
| 08/08/2006 | 55 | REPLY to deft's opposition to pltf's motion to extend discovery deadlines by pltf (Entered: 08/08/2006) |
| 08/22/2006 | 56 | MOTION for leave to file surreply by deft (Entered: 08/22/2006) |
| 08/22/2006 | 57 | REPLY (SURREPLY) to pltf's pltf's reply to deft's opposition to pltf's motion to extend discovery deadlines by deft (Entered: 08/22/2006) |
| 09/01/2006 | 58 | NOTICE of production by pltf (Entered: 09/01/2006) |
| 10/23/2006 | 59 | ORDER (RLF) that deft's motion to stay Discovery pending resolution of Pltf's appeal from Magistrate's order dated May 17, 2006 is DENIED cc attys (Entered: 10/23/2006) |
| 10/30/2006 | 60 | ORDER (RLF) that pltf's appeal is GRANTED, cc attys (Entered: 10/30/2006) |
| 10/30/2006 | 61 | MEMORANDUM Opinion (RLF) (Entered: 10/30/2006) |
| 12/06/2006 | 62 | MOTION (RENEWED) to transfer due to foreum nonconviens by deft (Entered: 12/06/2006) |
| 12/06/2006 | 63 | MEMORANDUM of law in support of the Hertz Corporation's renewed motion to transfer due to forum nonconviens by deft (Entered: 12/06/2006) |
| 12/20/2006 | 64 | MOTION for extension of time to respond to deft renewed motin to transfer venue due to formu nonconveniens (Entered: 12/20/2006) |
| 01/08/2007 | 65 | STIPULATED confidentiality agreement and agreed protective order by deft (Entered: 01/08/2007) |
| 01/09/2007 | 66 | NOTICE of production by pltf (Entered: 01/09/2007) |
| 01/09/2007 | 67 | ORDER (GWC) that the Parties stipulated Confidentiality Agreement and Agreed Protective Order is GRANTED, and further; ORDERED that this Confidentiality Agreement and Agreed Protective Order is linited to pre−trial discovery only. It is further ORDERED that if a party desired documents or information to be sealed from public records, the party must apply to the Court and demonstrate good cause for such action in accordance with Rule 26 (c), cc attys (Entered: 01/09/2007) |
| 01/10/2007 | 68 | OPPOSITION to deft's renewed motion to transfer by pltf (Entered: 01/10/2007) |
| 01/26/2007 | 69 | MOTION for extension of time toi reply to pltf's opposition to deft's (RENEWED)motion to transfer due to forum nonconveniens by deft (Entered: 01/26/2007) |
| 01/26/2007 | 70 | ORDER (GWC) that deft's motion is hereby Granted, cc attys (Entered: 01/26/2007) |
| 01/30/2007 | 71 | NOTICE of no objection by pltf (Entered: 01/30/2007) |
| 04/13/2007 | 72 | ORDER (GWC) on status conference on 4/20/2007 cc attys (Entered: 04/13/2007) |
| 04/20/2007 | 73 | ORDER (GWC) second scheduling Order on status conference on12/4/07 @ 2:00 p.m. cc attys (Entered: 04/20/2007) |
| 05/22/2007 | 74 | ORDER (GWC) pltf's Motion to Extend Discovery Deaflines (Docket No. 80) is DENIED; Deft's Motion for Leave to file Surreply (Docket No. 56) is DENIED as moot., cc attys |

| | | |
|---|---|---|
| | | (Entered: 05/22/2007) |
| 05/22/2007 | 75 | ORDER (GWC) pltf's Motion to Amend Complaint (Docket Ni. 30) is GRANTED. 2. Pltf's First Amended Complaint is deemed FILED as of the date of the entry of this Order, cc attys (Entered: 05/22/2007) |
| 06/19/2007 | Ï 76 | REPLY to Response to Motion *for Transfer due to inconvenient forum* filed by Defendant Hertz Corporation. (Attachments: # 1 Exhibit 043007 Ltr to Rohn) (Lucas Francis, Chetema) (Entered: 06/19/2007) |
| 06/22/2007 | Ï 77 | *Answer to Plaintiff's First Amended Complaint* ANSWER to Complaint with Jury Demand by Defendant Hertz Corporation. (Lucas Francis, Chetema) (Entered: 06/22/2007) |
| 06/26/2007 | Ï 78 | ORDER (GWC) dated 6/26/2007granting 62 Defendant's Renewed Motion to Transfer Due to Forum Nonconviens [sic]. (KD) (Entered: 06/26/2007) |
| 07/11/2007 | Ï 79 | Appellant's BRIEF by David Kendrick. (Attachments: # 1 Exhibit Order dated Oct. 30, 2006# 2 Exhibit Order dated June 26, 2007) (Rohn, Lee) (Entered: 07/11/2007) |
| 07/26/2007 | Ï 80 | NOTICE of Production by David Kendrick (Rohn, Lee) (Entered: 07/26/2007) |
| 10/18/2007 | Ï 81 | NOTICE of service of plaintiff david kendricks' supplemental voluntary disclosure pursuant to rule 26 by David Kendrick (Rohn, Lee) (Entered: 10/18/2007) |
| 12/04/2007 | Ï 82 | ORDER (GWC) dated 12/4/2007 granting 54 Plaintiff's Motion to Compel Defendant to Provide Responses to Discovery (KMD) (Entered: 12/04/2007) |
| 12/04/2007 | Ï 83 | ORDER REOPENING CASE.(GWC) dated 12/4/2007(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (CB) (Entered: 12/04/2007) |
| 12/04/2007 | Ï 84 | Appellee's BRIEF by Hertz Corporation.Appellant Reply Brief due by 12/18/2007. (Attachments: # 1 Exhibit accident report# 2 Exhibit Jacobs case# 3 Exhibit Jackson case# 4 Exhibit Affidavit# 5 Exhibit expert repert) (Lucas Francis, Chetema) (Entered: 12/04/2007) |
| 12/04/2007 | Ï 85 | ORDER (GWC) dated 12/4/2007 denying 64 Motion to Vacate Order by Order 23 and granting 64 Motion for Extension of Time by Order 70 . (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (CB) (Entered: 12/04/2007) |
| 12/04/2007 | Ï 86 | SCHEDULING ORDER:(GWC) dated 12/4/2007 Status Conference set for 3/3/2008 03:30 PM in Chambers before US Magistrate Judge George W Cannon.(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (CB) (Entered: 12/04/2007) |
| 12/04/2007 | Ï 87 | ORDER REFERRING CASE to Mediation to take place by February 29, 2008. (GWC) dated 12/4/2007(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (CB) (Entered: 12/04/2007) |
| 12/04/2007 | Ï 88 | Minute Order. 15 minutes. Proceedings held in chambers before Judge George W Cannon : Status Conference held on 12/4/2007. (CB) (Entered: 12/04/2007) |
| 12/18/2007 | Ï 89 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Hertz Corporation re 82 Order (Attachments: # 1 Exhibit Joint Stipulation re Plaintiff's Motion to Compel# 2 Exhibit Order Dated 12/4/07) (Lucas Francis, Chetema) (Entered: 12/18/2007) |
| 12/18/2007 | Ï 90 | MOTION to Stay *Discovery Pending Appeal of Magistrate's Order Dated 12/4/07* by Defendant Hertz Corporation. (Lucas Francis, Chetema) (Entered: 12/18/2007) |
| 12/18/2007 | Ï 91 | MOTION to Stay *Mediation Pending Appeals* by Defendant Hertz Corporation. (Lucas Francis, Chetema) (Entered: 12/18/2007) |

| | | |
|---|---|---|
| 01/16/2008 | Ï 92 | STIPULATION *for Extension of Time to respond Motion to dismiss and for Summary Judgment* by David Kendrick. (Cameron, K. Glenda) (Entered: 01/16/2008) |
| 01/18/2008 | Ï 93 | ORDER granting stipulation 92 . Plaintiff shall have until January 30, 2008 to 1) Reply to Defendants Opposition to Plaintiffs Appeal from Order dated May 17, 2006. 2) Respond to Defendants Appeal of Order dated December 4, 2007 granting Plaintiffs Motion to Compel. 3) Respond to Defendants Motion to Stay Discovery Pending Resolution of Defendants Appeal of Order dated December 4, 2007. 4) Respond to Defendants Motion to Stay Referral to Mediation Pending Resolution of Plaintiffs Appeal of June 26, 2007 Order and 5) Respond to Defendants Appeal of December 4, 2007 Order. (GWC) dated 1/18/2008(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (CB) (Entered: 01/18/2008) |
| 01/22/2008 | Ï 94 | MOTION for Sanctions *Against Defendant Hertz* by Plaintiff David Kendrick. (Attachments: # 1 Exhibit No. 1# 2 Exhibit No. 2# 3 Exhibit No. 3) (Rohn, Lee) (Entered: 01/22/2008) |
| 01/29/2008 | Ï 95 | RESPONSE in Opposition re 90 MOTION to Stay *Discovery Pending Appeal of Magistrate's Order Dated 12/4/07* filed by Plaintiff David Kendrick. (Cameron, K. Glenda) (Entered: 01/29/2008) |
| 01/29/2008 | Ï 96 | RESPONSE in Opposition re 91 MOTION to Stay *Mediation Pending Appeals OPPOSITION TO APPEAL OF MAGISTRATE JUDGE'S ORDER DATED DECEMBER 4, 2007 GRANTING PLAINTIFF'S MOTION TO COMPEL* filed by Plaintiff David Kendrick. (Cameron, K. Glenda) (Entered: 01/29/2008) |
| 01/30/2008 | Ï 97 | STIPULATION *For Extension Of Time* by Hertz Corporation. (Capdeville, Douglas) (Entered: 01/30/2008) |
| 01/30/2008 | Ï 98 | ORDER granting stipulation 97 . Defendant shall have until February 15, 2008 to respond to Plaintiff's Motion for Sanctions.(GWC) dated 1/30/2008(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (CB) (Entered: 01/30/2008) |
| 02/01/2008 | Ï 99 | RESPONSE to Motion re 91 MOTION to Stay *Mediation Pending Appeals* filed by Plaintiff David Kendrick. (Rohn, Lee) (Entered: 02/01/2008) |
| 02/13/2008 | Ï 100 | MOTION for Extension of Time to File Response/Reply by Defendant Hertz Corporation. (Attachments: # 1 Text of Proposed Order) (Lucas Francis, Chetema) (Entered: 02/13/2008) |
| 02/14/2008 | Ï 101 | ORDER GRANTING STIPULATION 100 . Defendant shall have until February 27, 2008 to respond to Plaintiff's (1) Motion for Sanctions. (2) Opposition to Defendant's Appeal of Magistrate's ORder of 12/4/2007. (3) Opposition to Motion to Stay Discovery. (4) Opposition to Motion to Stay Mediation. (GWC) dated 2/14/2008(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (CB) (Entered: 02/14/2008) |
| 02/20/2008 | Ï 102 | SCHEDULING ORDER:(GWC) dated 2/20/2008 Status Conference set for 3/3/2008 02:00 PM (moved from 3:30 PM) in Chambers before US Magistrate Judge George W Cannon.(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (CB) (Entered: 02/20/2008) |
| 03/03/2008 | Ï 103 | REPLY to re 95 Response in Opposition to Motion filed by Plaintiff Hertz Corporation, Plaintiff David Kendrick filed by Defendant Hertz Corporation.Responses due by 3/20/2008 (Attachments: # 1 Exhibit Order 062607# 2 Exhibit Order 051706) (Lucas Francis, Chetema) (Entered: 03/03/2008) |
| 03/03/2008 | Ï 104 | SCHEDULING ORDER:(GWC) dated 3/3/2008 Status Conference set for 4/11/2008 02:00 PM in Chambers before US Magistrate Judge George W Cannon.(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (CB) (Entered: 03/03/2008) |
| 03/03/2008 | Ï 105 | |

| | | |
|---|---|---|
| | | REPLY to Response to Motion re 99 Response to Motion *to Stay Mediation Pending Appeals* filed by Defendant Hertz Corporation. (Lucas Francis, Chetema) (Entered: 03/03/2008) |
| 03/03/2008 | Ï 106 | Minute Order. Proceedings held in chambers before Judge George W Cannon : Status Conference held on 3/3/2008. (CB) (Entered: 03/03/2008) |
| 03/03/2008 | Ï 107 | ORDER (GWC) dated 3/3/2008 granting in part and denying in part 90 Motion to Stay Discovery Pending Resolution of Defendant's Appeal of Magistrate's Order Dated December 4, 2007; granting 91 Motion to Stay Referral to Mediation Pending Resolution of Plaintiff's Appeal of Magistrate's Order Dated June 26, 2007[,] and Defendant's Appeal of Magistrate's Order Dated December 4, 2007 (KMD) (Entered: 03/03/2008) |
| 03/11/2008 | Ï 108 | ORDER (GWC) dated 3/11/2008granting 100 Motion for Extension of Time to File Response/Reply re 100 by Order 101 . This order is issued to remove this motion off the list.(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (CB) (Entered: 03/11/2008) |
| 03/13/2008 | Ï 109 | RESPONSE in Opposition re 94 MOTION for Sanctions *Against Defendant Hertz* filed by Defendant Hertz Corporation. (Lucas Francis, Chetema) (Entered: 03/13/2008) |
| 04/11/2008 | Ï 110 | SCHEDULING ORDER:(GWC) dated 4/11/2008 Status Conference set for 7/28/2008 02:30 PM in Chambers before US Magistrate Judge George W Cannon.(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (CB) (Entered: 04/11/2008) |
| 04/11/2008 | Ï 111 | Minute Order. Proceedings held in chambers before Judge George W Cannon : Status Conference held on 4/11/2008. (CB) (Entered: 04/11/2008) |
| 04/17/2008 | Ï 112 | ORDER (GWC) dated 4/17/2008 denying 94 Plaintiff's Motion for Sanctions (KMD) (Entered: 04/17/2008) |
| 04/18/2008 | Ï 113 | NOTICE OF PRODUCTION by David Kendrick (Rohn, Lee) (Entered: 04/18/2008) |
| 07/28/2008 | Ï 114 | SCHEDULING ORDER:(GWC) dated 7/28/2008 Status Conference set for 10/8/2008 02:30 PM in Chambers before US Magistrate Judge George W Cannon.(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (CB) (Entered: 07/28/2008) |
| 07/28/2008 | Ï 115 | Minute Order. Proceedings held in chambers before US Magistrate Judge George W Cannon: Status Conference held on 7/28/2008. (CB) (Entered: 07/28/2008) |
| 07/29/2008 | Ï 116 | NOTICE of Appearance by Douglas L Capdeville on behalf of Defendant Hertz Corporation (Capdeville, Douglas) (Entered: 07/29/2008) |
| 08/18/2008 | Ï 117 | MEMORANDUM OPINION denying Plaintiff's Appeal from Magistrate's Order dated June 26, 2007 Transferring the Case to District Court of Rhode Island.(RLF) dated 8/18/08 (AG) (Entered: 08/18/2008) |
| 08/18/2008 | Ï 118 | ORDER denying Plaintiff's Appeal from Magistrate's Order dated June 26, 2007 Transferring the Case to District Court of Rhode Island.(RLF) dated 8/18/08 (AG) (Entered: 08/18/2008) |
| 08/18/2008 | Ï 119 | ORDER TRANSFERRING CASE to the District of Rhode Island. The status conference scheduled on 10/8/2008 at 2:30 P.M. is CANCELLED. (GWC) dated 8/18/2008(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (CB) (Entered: 08/18/2008) |
| 09/11/2008 | Ï | Case transferred to District of Rhode Island. Original file, certified copy of transfer order, and docket sheet sent. (MB) (Entered: 09/11/2008) |